# United States District Court
## Southern District of Georgia

JAMES BAUGH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-122

JOHN and/or JANE DOES, Two Unknown Lab Technicians; DOCTOR YOUNG; MS. POWELL, Medical Director; and, RUTHIE SHELTON, Deputy Warden of Care and Treatment,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 28, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's objections are overruled, and this case is dismissed without prejudice. This case stands closed.



| 11/28/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk